FILED

03/24/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0611

IN THE SUPREME COURT OF THE STATE OF MONTANA

| | |
|---|---|
| In the Matter of Guardianship of: S.C.T., a Minor Child<br><br>LOGAN HERMAN,<br><br>    Appellant,<br><br>    vs.<br><br>CHRISTA TURNQUIST and LOREN TURNQUIST.<br><br>    Appellees. | Supreme Court Cause No.:<br>DA-21-0611<br><br><br>**Order Dismissing Appeal and Cross-Appeal** |

Based on Appellant and Appellees' Joint Motion to Dismiss Appeal and

good cause appearing, it is HEREBY ORDERED:

1.  Appellant's appeal and Appellees' cross-appeal in cause number DA-21-

    0611 are DISMISSED

DATED this ____ day of _____, 2022.

_____

For the Court

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 24 2022